**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7510**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TONY B. ALEXANDER,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Martin K. Reidinger, District Judge. (3:95-cr-00178-MR)

Submitted: November 17, 2009       Decided: November 25, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony B. Alexander, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Alexander appeals from the district court's order granting in part his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006), but denying his motion to the extent that Alexander sought a resentencing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Alexander, No. 3:95-cr-00178-MR (W.D.N.C. Aug. 4, 2009); see United States v. Dunphy, 551 F.3d 247, 257 (4th Cir.), cert. denied, 129 S. Ct. 2401 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED